UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRO MUSIC RIGHTS, LLC, | ) | Civil Action No. 3:20-cv-00309 (JAM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC., AMAZON.COM, INC., GOOGLE, LLC, YOUTUBE, LLC, SPOTIFY AB, SPOTIFY USA, INC., SPOTIFY LIMITED, SPOTIFY TECHNOLOGY S.A., DIGITAL MEDIA ASSOCIATION, NATIONAL RELIGIOUS BROADCASTERS MUSIC LICENSE COMMITTEE, RADIO MUSIC LICENSE COMMITTEE, INC., THE NATIONAL ASSOCIATION OF AMERICAN WINERIES, TELEVISION MUSIC LICENSE COMMITTEE, LLC, 7DIGITAL GROUP, INC., 7DIGITAL, INC., 7DIGITAL GROUP PLC, 7DIGITAL LIMITED, DEEZER, S.A., DEEZER INC., IHEARTMEDIA, INC., CONNOISSEUR MEDIA LLC, PANDORA MEDIA, LLC, RHAPSODY INTERNATIONAL, INC., SOUNDCLOUD LIMITED, and SOUNDCLOUD INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | July 2, 2020 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Pro Music Rights, LLC hereby gives notice that, with the agreement of defendant Rhapsody International, Inc., the above-captioned action is voluntarily dismissed, with prejudice, against defendant Rhapsody International, Inc. with each side to bear its own costs and fees.

Date: July 2, 2020                    By: /s/ Richard S. Gora
                                          Richard S. Gora
                                          (203) 424-8021
                                          rich@goralaw.com
                                          **Gora LLC**
                                          2 Corporate Dr., Suite 210
                                          Trumbull, CT 06611

                                          **ATTORNEYS FOR THE PLAINTIFF
                                          PRO MUSIC RIGHTS, LLC**