UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRO MUSIC RIGHTS, LLC, | ) | Civil Action No. 3:20-cv-00309 (JAM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC., AMAZON.COM, INC., GOOGLE, LLC, YOUTUBE, LLC, SPOTIFY AB, SPOTIFY USA, INC., SPOTIFY LIMITED, SPOTIFY TECHNOLOGY S.A., DIGITAL MEDIA ASSOCIATION, NATIONAL RELIGIOUS BROADCASTERS MUSIC LICENSE COMMITTEE, RADIO MUSIC LICENSE COMMITTEE, INC., THE NATIONAL ASSOCIATION OF AMERICAN WINERIES, TELEVISION MUSIC LICENSE COMMITTEE, LLC, 7DIGITAL GROUP, INC., 7DIGITAL, INC., 7DIGITAL GROUP PLC, 7DIGITAL LIMITED, DEEZER, S.A., DEEZER INC., IHEARTMEDIA, INC., CONNOISSEUR MEDIA LLC, PANDORA MEDIA, LLC, RHAPSODY INTERNATIONAL, INC., SOUNDCLOUD LIMITED, and SOUNDCLOUD INC., | ) | |
| | ) | |
| Defendants. | ) | July 10, 2020 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Pro Music Rights, LLC hereby gives notice that, with the agreement of defendants 7digital Group, Inc., 7digital, Inc., 7digital Group Plc and 7digital Limited, the above-captioned action is voluntarily dismissed, with prejudice, against defendants 7digital Group, Inc., 7digital, Inc., 7digital Group Plc and 7digital Limited, with each side to bear its own costs and fees.

Date: July 10, 2020                    By: /s/ Richard S. Gora
                                           Richard S. Gora
                                           (203) 424-8021
                                           rich@goralaw.com
                                           **Gora LLC**
                                           2 Corporate Dr., Suite 210
                                           Trumbull, CT 06611

                                           **ATTORNEYS FOR THE PLAINTIFF
                                           PRO MUSIC RIGHTS, LLC**