UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRO MUSIC RIGHTS, LLC, | ) | Civil Action No. 3:20-cv-00309 (JAM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC., AMAZON.COM, INC., GOOGLE, LLC, YOUTUBE, LLC, SPOTIFY AB, SPOTIFY USA, INC., SPOTIFY LIMITED, SPOTIFY TECHNOLOGY S.A., DIGITAL MEDIA ASSOCIATION, NATIONAL RELIGIOUS BROADCASTERS MUSIC LICENSE COMMITTEE, RADIO MUSIC LICENSE COMMITTEE, INC., THE NATIONAL ASSOCIATION OF AMERICAN WINERIES, TELEVISION MUSIC LICENSE COMMITTEE, LLC, 7DIGITAL GROUP, INC., 7DIGITAL, INC., 7DIGITAL GROUP PLC, 7DIGITAL LIMITED, DEEZER, S.A., DEEZER INC., IHEARTMEDIA, INC., CONNOISSEUR MEDIA LLC, PANDORA MEDIA, LLC, RHAPSODY INTERNATIONAL, INC., SOUNDCLOUD LIMITED, and SOUNDCLOUD INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | July 27, 2020 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Pro Music Rights, LLC hereby gives notice that, with the agreement of defendant Radio Music License Committee, Inc., the above-captioned action is voluntarily dismissed, with prejudice, against defendant Radio Music License Committee, Inc., with each side to bear its own costs and fees.

Date: July 27, 2020　　　　　　　　　　By:　　/s/ Sinead Rafferty
　　　　　　　　　　　　　　　　　　　　　　Richard S. Gora
　　　　　　　　　　　　　　　　　　　　　　Sinead Rafferty
　　　　　　　　　　　　　　　　　　　　　　**Gora LLC**
　　　　　　　　　　　　　　　　　　　　　　2 Corporate Dr., Suite 210
　　　　　　　　　　　　　　　　　　　　　　Trumbull, CT 06611
　　　　　　　　　　　　　　　　　　　　　　(203) 424-8021
　　　　　　　　　　　　　　　　　　　　　　rich@goralaw.com
　　　　　　　　　　　　　　　　　　　　　　sinead@goralaw.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR THE PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　　**PRO MUSIC RIGHTS, LLC**