UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRO MUSIC RIGHTS, LLC, | ) Civil Action No. 3:20-cv-00309 (JAM) |
| Plaintiff, | ) |
| v. | ) |
| APPLE, INC., AMAZON.COM, INC., GOOGLE, LLC, YOUTUBE, LLC, SPOTIFY AB, SPOTIFY USA, INC., SPOTIFY LIMITED, SPOTIFY TECHNOLOGY S.A., DIGITAL MEDIA ASSOCIATION, NATIONAL RELIGIOUS BROADCASTERS MUSIC LICENSE COMMITTEE, RADIO MUSIC LICENSE COMMITTEE, INC., THE NATIONAL ASSOCIATION OF AMERICAN WINERIES, TELEVISION MUSIC LICENSE COMMITTEE, LLC, 7DIGITAL GROUP, INC., 7DIGITAL, INC., 7DIGITAL GROUP PLC, 7DIGITAL LIMITED, DEEZER, S.A., DEEZER INC., IHEARTMEDIA, INC., CONNOISSEUR MEDIA LLC, PANDORA MEDIA, LLC, RHAPSODY INTERNATIONAL, INC., SOUNDCLOUD LIMITED, and SOUNDCLOUD INC., | ) |
| Defendants. | ) October 22, 2020 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Pro Music Rights, LLC hereby gives notice that, with the agreement of defendant Connoisseur Media LLC, the above-captioned action is voluntarily dismissed, with prejudice, against defendant Connoisseur Media LLC with each side to bear its own costs and fees.

Date: October 22, 2020                    By: /s/ Sinead Rafferty
    Sinead Rafferty
    Richard S. Gora
    (203) 424-8021
    rich@goralaw.com
    **Gora LLC**
    2 Corporate Dr., Suite 210
    Trumbull, CT 06611

    **ATTORNEYS FOR THE PLAINTIFF**
    **PRO MUSIC RIGHTS, LLC**