UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pro Music Rights, LLC

v

Amazon.com, Inc., Google, LLC, YouTube, LLC, Spotify AB, Spotify USA, Inc., Spotify Limited, Spotify Technology S.A., Digital Media Association, National Religious Broadcasters Music License Committee, Radio Music License Committee, Inc., National Association of American Wineries, Television Music License Committee, LLC, 7digital Group PLC, 7digital Group, Inc., 7digital Limited, 7digital, Inc., Deezer Inc., Deezer, S.A, iHeartMedia, Inc., Connoisseur Media LLC, Pandora Media, LLC, Rhapsody International, Inc., Soundcloud Limited, Soundcloud Inc.,

Civil No. 3:20-CV-309(JAM)

## JUDGMENT

This action came on for consideration on defendants' motions to dismiss before the Honorable Jeffrey A. Meyer, United States District Judge. Defendants, 7digital Group PLC, 7digital Group, Inc., 7digital Limited, 7digital, Inc., Connoisseur Media LLC, Radio Music License Committee, Inc., iHeartMedia, Inc., Rhapsody International, Inc. were all previously dismissed voluntarily. On December 16, 2020, the Court entered an order granting the motion filed by the remaining defendants, without prejudice to the filing of a proposed amended complaint by January 15, 2021, if PMR had good faith grounds to believe it would cure the deficiencies identified. On

EOD:    1/21/20

January 19, 2021, the Court entered an order closing the case in the absence of the filing of an amended complaint.   It is therefore;

**ORDERED, ADJUDGED,** and **DECREED** that judgment shall enter in favor of the remaining defendants and the case is closed.

Dated at New Haven, Connecticut, this 21 day of January 2021.

ROBIN D. TABORA, Clerk

By:   /s/ Tiffany Nuzzi
Deputy Clerk